IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **RICO LAMAR BALLARD,** | : | |
| **Plaintiff,** | : | |
| v. | : | Case No. 5:21-cv-139 (MTT) (CHW) |
| **Officer JESSICA HOLLAND,** *et al.*, | : | Proceedings Under 42 U.S.C. § 1983 |
| | : | Before the U.S. Magistrate Judge |
| **Defendants.** | : | |

## ORDER

Defendants show that they deposed Plaintiff on December 9, 2021, but that they need additional time to obtain a transcript, which in turn may be used to draft a summary judgment motion. Accordingly, the Defendants seek an extension of time to file for summary judgment. (Doc. 55). For good cause shown, that motion is **GRANTED**. The deadline for dispositive motions is hereby extended to February 7, 2022.

Also before the Court is Plaintiff Rico Ballard's motion to compel discovery. (Doc. 51). Plaintiff's motion gives no indication that he attempted to confer, in good faith, with opposing counsel before seeking judicial action, as required by FED. R. CIV. P. 37(a). Additionally, a filing by the Defendants confirms that Plaintiff made no such attempt to confer in good faith and that Defendants have provided the responses that Plaintiff seeks in his motion. (Doc. 56). For that reason, Plaintiff's motion to compel (Doc. 51) is **DENIED**.

**SO ORDERED**, this 22nd day of December, 2021.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

1